

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NEW YORK

JUDGE JONES

MIKHAIL GOUSSEV )
)
Plaintiff, )
)
v. )
)
MICHAEL CHERTOFF, )
Secretary of Homeland Security, )
)
ANDREA QUARANTILLO, )
District Director, USCIS )
Defendants. )

**08 CV 0902**

Docket No.

Agency Case No: 71-497-700

### PLAINTIFF'S ORIGINAL COMPAINT
### FOR WRIT IN THE NATURE OF MANDAMUS

COME NOW Mikhail Goussev, Plaintiff in the above-styled and numbered cause, and for cause of action would show unto the Court the following:

1. This action is brought against the Defendants to compel action on an application for citizenship properly filed by the Plaintiff. The application was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment. The Defendants have a clear duty to perform the act in response to Plaintiff's application.

PARTIES

2. Plaintiff, Mikhail Goussev, is a Legal Permanent Resident of the United States. A photocopy of Plaintiff's Permanent Resident Card is attached hereto and incorporated herein as Exhibit A. Plaintiff submitted an N-400, Application for Naturalization, with Defendant, the Department of Homeland Security, U.S. Citizenship and Immigration Services on November 6, 2003, attached hereto and incorporated herein as Exhibit B.

3. Defendant, Andrea Quarantillo, District Director of the New York City District Office is an official of the BCIS generally charged with supervisory authority over all operations of the BCIS within her District with certain specific exceptions not relevant here 8 C.F.R. §103.1(b)(2)(ii)(B). As will be shown, Defendant District Director is the official with whom Plaintiff's application for citizenship was properly filed.

4. Defendant Michael Chertoff, is the Secretary of Department of Homeland Security (DHS), and this action is brought against him in his official capacity. The USCIS was created pursuant to Section 452 of the Homeland Security Act of 2002 (Public Law 107-296) within the DHS. The USCIS is an agency within the Department of Homeland Security to whom the secretary has the authority for supervision, operation and management. Michael Chertoff is authorized to delegate his official powers and authority to subordinate employees of the USCIS.

## JURISDICITION

5. Jurisdiction in this case is proper under 28 U.S.C. §§1331 and 1361, 5 U.S.C. §701 et seq., and 28 U.S.C. §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

6. Venue is proper in this court, pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiff's claim occurred. More specifically, Plaintiff's application for citizenship was properly filed and, to Plaintiff's knowledge, remains pending with the District Director of the New York City District Office, USCIS.

## EXHAUSTION OF REMEDIES

7. Plaintiff has exhausted his administrative remedies. Plaintiff has made numerous inquiries concerning the status of their application to no avail. See Exhibits A-R. Plaintiff has no alternative, fully adequate remedy available.

## CAUSE OF ACTION

8. All legal prerequisites having been satisfied, Plaintiff applied for naturalization. The N400 Application for Naturalization was filed with Defendant Quarantillo and USCIS, on November 6, 2003. At the time of said filing, such applications were being adjudicated by the District Director in a period of between six to nine months.

9. Plaintiff received a notice to appear for an interview on his application on May 10, 2005. Plaintiff appeared and passed the required tests for English and U.S. history and government as evidenced by the Form N-652, Naturalization Interview Results attached hereto and incorporated herein as Exhibit C. That same Form stated "a decision cannot yet be made about your application," "name check has not cleared," signed R. Rios, USCIS officer.

10. At the conclusion of the interview in May 2005, the immigration officer informed Plaintiff that a background investigation, the final step in adjudicating the application for naturalization, would be complete within a few months.

11. Plaintiff contacted USCIS on October 7, 2005, requesting information on the status of his application. Plaintiff received a letter stating that Plaintiff's application "is pending receipt for security checks." Attached hereto and incorporated herein as Exhibit D.

12. Plaintiff contacted USCIS on January 18, 2006, requesting information on the status of his application. Plaintiff received a letter stating that Plaintiff's application "is pending receipt for security checks." Attached hereto and incorporated herein as Exhibit E.

13. Plaintiff contacted Charles E. Schumer, United States Senator for New York, asking his office to inquire regarding Plaintiff's application evidenced by a letter from Senator Schumer's office dated April 3, 2006, attached hereto and incorporated herein as Exhibit F. Senator Schumer relayed to Plaintiff that his "cased is currently pending security checks." See Exhibit F.

14. Plaintiff was charged $400.00 by Law Offices of Marlene S. Cooperman for services rendered inquiring on the status of Plaintiff's application evidenced by a letter dated March 30, 2006. Attached hereto and incorporated herein as Exhibit G.

15. Plaintiff contacted USCIS on August 15, 2006, requesting information on the status of his application. Plaintiff received a letter stating that Plaintiff's application "is pending receipt for security checks." Attached hereto and incorporated herein as Exhibit H.

16. Plaintiff contacted USCIS on November 28, 2006, requesting information on the status of his application. Plaintiff received a letter stating that Plaintiff's application "is pending receipt for security checks." Attached hereto and incorporated herein as Exhibit I.

17. Plaintiff contacted USCIS on May 18, 2007, requesting information on the status of his application. Plaintiff received a letter stating that Plaintiff's "case is not yet ready for decision, as the required investigation into your background remains open." Attached hereto and incorporated herein as Exhibit J.

18. Plaintiff contacted USCIS on June 8, 2007, requesting information on the status of his application. Plaintiff received a letter stating that Plaintiff's application "is pending receipt for security checks." Attached hereto and incorporated herein as Exhibit K.

19. Plaintiff engaged counsel of the Law Offices of Greenberg & Merola, LLP, to write USCIS explaining that his application for naturalization has been delayed for more then two years pending background checks evidenced by a letter dated July 12, 2007, attached hereto and incorporated herein as Exhibit L.

20. Plaintiff contacted Jerrold Nadler, Member of Congress, asking his office to inquire regarding Plaintiff's application evidenced by a letter from Jerrold Nadler's office dated July 31, 2007, attached hereto and incorporated herein as Exhibit M.

21. Plaintiff contacted, John Cornyn, United States Senator, asking his office to inquire regarding Plaintiff's application evidenced by a letter from John Cornyn's office dated August 8, 2007, attached hereto and incorporated herein as Exhibit N.

22. Plaintiff contacted Hillary Clinton, United States Senator for New York, asking her office to inquire regarding Plaintiff's application evidenced by a letter from Hillary Clinton's office dated July 20, 2007, attached hereto and incorporated herein as Exhibit O.

23. Plaintiff contacted Dianne Feinstein, United States Senator, asking her office to inquire regarding Plaintiff's application evidenced by a letter from Diane Feinstein's office dated September 11, 2007, attached hereto and incorporated herein as Exhibit P.

24. Plaintiff contacted Guillermo Linares, Commissioner of the Office of Immigrant Affairs, for the City of New York, asking his office to inquire regarding Plaintiff's application evidenced by a letter from Mr. Linares' office dated September 25, 2007, attached hereto and incorporated herein as Exhibit Q. Mr. Linares relayed to Plaintiff that his case is delayed pending criminal and national security checks. See Exhibit Q.

25. Plaintiff contacted USCIS on January 4, 2008, requesting information on the status of his application. Plaintiff received a letter stating that his application "is pending receipt of security checks," attached hereto and incorporated herein as Exhibit R.

26. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements. To date, said petition (Form) and application (Form N400) have not been adjudicated.

27. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to, adjudicate Plaintiff's application for over 2 1/2 years, thereby depriving Plaintiff of the right to a decision on his status and the peace of mind to which Plaintiff is entitled.

28. Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law. Specifically, Plaintiff has been damaged by simply being deprived of citizenship during the interminable pendency of his application.

29. The Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

30. Plaintiff has made numerous status inquiries in an attempt to secure adjudication of his application, all to no avail. Accordingly, Plaintiff has been forced to retain the service of an attorney to pursue his application and to pursue the instant action.

## PRAYER FOR RELIEF

31. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

   a. requiring Defendants to adjudicate Plaintiff Goussev's application for citizenship; and

   b. granting such other relief at law and in equity as justice may require.

New York, NY
January 24, 2008

Respectfully Submitted,

Gary J. Yerman, Esq.
401 Broadway, Suite 1210
New York, New York 10013
(212) 219-0288

A



B

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE November 06, 2003 |
|---|---|---|---|
| CASE TYPE N400    Application For Naturalization | | | INS A# A 071 497 700 |
| APPLICATION NUMBER ESC*001109184 | RECEIVED DATE October 16, 2003 | PRIORITY DATE October 16, 2003 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MIKHAIL GOUSSEV
1532 CHERRY LANE
RYDAL PA 19046

PAYMENT INFORMATION:

Single Application Fee: $310.00
Total Amount Received: $310.00
Total Balance Due: $0.00

111lld1ll11l11l1l11

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:           July 04, 1968
Address Where You Live:  1532 CHERRY LANE
                         RYDAL PA 19046

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

C

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: _07/497700_

On _5·10·05_ , you were interviewed by USCIS officer _R. RIOS_

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A)_____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B)_____ A decision cannot yet be made about your application. ~~Name check has not cleared.~~

It is very important that you:

☑ Notify USCIS if you change your address                     Name check has not
                                                              cleared.
☑ Come to any scheduled interview.
                                                              R. Rios, DAO
☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

D



**Department of Homeland Security**
**Citizenship and Immigration Services**

*October 07, 2005*
*Hand Delivered*

*26 Federal Plaza*
*New York, NY 10278*

A071 497 700

Dear Applicant:

This will acknowledge receipt of your inquiry dated October 07, 2005 regarding the status of your application for naturalization.

Please be advised that your application is pending receipt for security checks. Upon receipt of all security checks, a decision will be made on your application for naturalization.

We hope the information provided is helpful. Thank you for your patience and cooperation in this matter.

Sincerely,

C. Hernandez
Immigration Information Officer
Naturalization Section
New York District

E



**Department of Homeland Security**
**Citizenship and Immigration Services**

*January 18, 2006*
*Hand Delivered*

*26 Federal Plaza*
*New York, NY 10278*

A071 497 700

Dear Applicant:

This will acknowledge receipt of your inquiry dated January 18, 2006 regarding the status of your application for naturalization.

Please be advised that your application is pending receipt for security checks. Upon receipt of all security checks, a decision will be made on your application for naturalization.

We hope the information provided is helpful. Thank you for your patience and cooperation in this matter.

Sincerely,

C. Hernandez
Immigration Information Officer
Naturalization Section
New York District

F

CHARLES E. SCHUMER
NEW YORK

COMMITTEES:

BANKING
FINANCE
JUDICIARY
RULES

# United States Senate

WASHINGTON, DC 20510

April 3, 2006

Mikhail Goussev
88 Greenidge Street
Apt. 1201
New York, N.Y. 10006

Dear Constituent:

Thank you for contacting my New York office regarding your case with the U.S. Citizenship and Immigration Services (USCIS).

On your behalf, I have made an inquiry with the appropriate official. Unfortunately, a large influx of applications prevents the USCIS from responding immediately, to my query. I will notify you as soon as I receive answers to your questions.

Sincerely,

Charles E. Schumer
United States Senator

CES/al

PLEASE RESPOND TO THE FOLLOWING OFFICE:

☐ ALBANY:
O'BRIEN BUILDING
ROOM 420
ALBANY, NY 12207
(518) 431-4070

☐ BINGHAMTON:
FEDERAL OFFICE BUILDING
15 HENRY STREET
ROOM B6
BINGHAMTON, NY 13901
(607) 772-6109

☐ BUFFALO:
111 WEST HURON
ROOM 620
BUFFALO, NY 14202
(716) 846-4111

☐ HUDSON VALLEY:
P.O. BOX A
RED HOOK, NY 12571
(914) 285-9741
(845) 565-0923

☐ LONG ISLAND:
TWO GREENWAY PLAZA
145 PINE LAWN ROAD
ROOM 300N
MELVILLE, NY 11747
(631) 753-0978

☐ NEW YORK CITY:
757 THIRD AVENUE
SUITE 1702
NEW YORK, NY 10017
(212) 486-4430
TDD (212) 486-7803

☐ ROCHESTER:
100 STATE STREET
ROOM 3040
ROCHESTER, NY 14614
(716) 263-5866

☐ SYRACUSE:
100 SOUTH CLINTON
ROOM 841
SYRACUSE, NY 13261
(315) 423-5471

☐ WASHINGTON:
313 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-6542
TDD (202) 224-0420



**Charles E. Schumer**

*NEW YORK*

Attached is a response to my inquiry on your behalf.

Charles E. Schumer

U.S. Senate

# Congressional Unit

## GIVE THIS YOUR IMMEDIATE ATTENTION !



File No: 71497700
Date   : 4/5/2006
Ctrl   : **06-5627**

In Re: **GOUSSEV, MIKHAIL**

Information requested by :  **SCHUMER, CHARLES E.**
**757 THIRD AVENUE SUITE 17-02 NEW YORK, NY 10017**

[ ] Attorney    [ ] Congressional    [ ] Consulate    [ ] Other

Inquiry:    [ ] Telephone    [ ] By Letter    [ ] Appeared in person

To: **CON**

Information requested:    FOR REVIEW AND RESPONSE. DUE BY **5/5/2006**

STATUS OF N-400.

Information furnished:

PLEASE BE ADVISED THAT ACCORDING TO USCIS RECORDS, APPLICANT'S CASE IS CURRENTLY
PENDING SECURITY AGENCY CHECKS. APPLICANT WILL BE NOTIFIED BY MAIL OF ALL FURTHER
ACTIONS.

_(Signature of Officer or Employee)_

Approved by:    _(Signature of Supervisor)_

Location:

G

MARLENE S. COOPERMAN
ATTORNEY AT LAW
SUITE 940
THE PUBLIC LEDGER BUILDING
6TH & CHESTNUT STREETS
PHILADELPHIA, PA 19106

———

(215) 922-2561
FAX (215) 925-6471

March 30, 2006

Mr. Mikhail Goussev
88 Greenwich Street
Apt. 1201
New York, N.Y. 10006-2204

Dear Michael:

Please send me a check in the amount of $400.00 for the time spent following up on the status of your naturalization. I sent faxes to the offices of Senators Clinton and Schumer and made numerous telephone calls to both offices to speak with their immigration liaison persons. As I told you, only Senator Schumer's assistant, Ms. Cavallino, made personal calls to INS on your behalf , only to be told that the case is still pending clearance. I regret that this effort has not yielded results.

You can send the check to my home address:

408 S. Woodbine Avenue
Penn Valley, PA. 19072

I will continue to follow up with Ms. Cavallino on your behalf.

Yours very truly,

MARLENE S. COOPERMAN

H



**Department of Homeland Security**
**Citizenship and Immigration Services**

*A71 497 700*

*Hand Delivered*

*26 Federal Plaza*
*New York, NY 10278*
*August 15, 2006*

**Mikhail  Goussev**
**88 Greenwich Street, #1201**
**New York, NY 10006**

**Dear Applicant:**

This will acknowledge receipt of your inquiry dated August 15, 2006 regarding the status of your application for naturalization.

Please be advised that your application is **pending receipt for security checks.** Upon receipt of all security checks, a decision will be made on your application for naturalization.

We hope the information provided is helpful.  Thank you for your patience and cooperation in this matter.

Sincerely,

C. Hernandez
Immigration Information Officer
Naturalization Section
New York District

" ;

Name... Goussev Mikhail ..........File No.: 714 97700 ....Date: 8 26 06

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
26 Federal Plaza, Room 7-700
New York, NY 10278

Examination of the submitted application _____ shows that certain additional information, documents, or forms are needed before your application can be acted upon. To help you in that connection, we have checked in **red** in this letter the items that need your attention. Read those items and comply as soon as possible. RETURN THIS LETTER, with the requested information, documents and forms. We will then complete the processing of your application.

----- Unless you furnish the requested information or document(s) checked, your application for naturalization will be denied for lack of prosecution.

----- Your application is currently pending fingerprint/security check results. You will be notified upon completion of the process.

----- Send money order or check for $---------- made payable to the U.S.C.I.S., Vermont Service Center, 75 Lower Weldon Street, St. Albans, Vermont 05479-0001. *Do not send cash or postage stamps.*

----- Your application has been received. You will receive a notice to appear upon scheduling.

----- Applications are valid for one year. Your application was filed over one year ago and expired on _____. If you still wish to become a U.S.Citizen, you must file a new application with the required fee and two photographs.

----- Your application is currently pending a new appointment. You will be sent a notice to appear in the near future.

----- Your application for Naturalization has been granted. You will be sent a notice of your oath ceremony date.

----- This office has no record of your application. Please resubmit a new application with proof of payment, it may be in the form of a canceled check, or the results of a tracer on your money order. It must indicate the date it was cashed by the C.I.S. In addition, please submit two new photographs.

----- Please submit a photocopy of your alien registration card (front and back) A# _____.

----- You failed to appear for two scheduled interviews. Your application is therefore denied and closed. If you still wish to become a U.S. Citizen, you must reapply with the required fee and two photographs.

----- You failed to appear for one scheduled interview. Your application is therefore closed. If you still wish to become a U.S.Citizen, you must submit a written request to have your case reopened and rescheduled a new appointment.

----- Your application has been denied. To request a duplicate copy, please submit your G-639 request(s) to: U.S.C.I.S., FOIA Unit, Room 5-500, 26 Federal Plaza, New York, NY 10278. If you still wish to become a U.S.Citizen you must reapply.

----- Your N-565 request for certificate correction has been denied for the following reason(s):

_____

_____

Thank you,
U.S. Citizenship and Immigration Services    KS

I



**Department of Homeland Security**
**Citizenship and Immigration Services**

A071497700

*26 Federal Plaza*

*New York, NY 10278*

Mikhail Goussev
88 Greenwich Street #2206
New York, NY 10006

November 28, 2006

Dear Applicant:

This will acknowledge receipt of your inquiry dated November 28, 2006 regarding the status of your application for naturalization.

Please be advised that your application is pending receipt of security checks. Upon receipt of all security checks, a decision will be made on your client's application for naturalization.

We hope the information provided is helpful. Thank you for your patience and cooperation in this matter.

Sincerely,

L. Quiñones
Immigration Information Officer
Citizenship and Immigration Services
Naturalization Section
New York District

J

**U.S. Department of Homeland Security**
75 LOWER WELDON STREET
VERMONT SERVICE CENTER
SAINT ALBANS, VT 054790001



**U.S. Citizenship
and Immigration
Services**

Monday, June 4, 2007

MIKHAIL GOUSSEV
99 BATTERY PLACE APT #10-S
NEW YORK NY 10280

Dear MIKHAIL GOUSSEV:

On 05/18/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 10/16/2003 |
| **Receipt #:** | ESC*001109184 |
| **Beneficiary (if you filed for someone else):** | GOUSSEV, MIKHAIL |
| **Your USCIS Account Number (A-number):** | A071497700 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

K



**Department of Homeland Security**
**Citizenship and Immigration Services**

A071 497 700

*26 Federal Plaza*
*New York, NY 10278*

June 8, 2007

Hand Delivered

**MIKHAIL GOUSSEV**

Dear Applicant:

This will acknowledge receipt of your inquiry dated June 8, 2007 regarding the status of your application for naturalization.

Please be advised that your application is pending receipt for security checks. Upon receipt of all security checks, a decision will be made on your application for naturalization.

We hope the information provided is helpful. Thank you for your patience and cooperation in this matter.

Sincerely,

G.Hadera
Immigration Information Officer
Naturalization Section
New York District

L

LAW OFFICES OF

# GREENBERG & MEROLA, LLP

521 Fifth Avenue, Suite 1700
New York, NY 1075
Additional Offices In: Brooklyn, Queens and Long Island

TEL. (212) 593-6111

July 12, 2007

Immigration & Naturalization Service
Vermont Service Center
75 Lower Weldon St.
St. Albans, VT 05479

      Re:   Mihail Goussev
           A# 071497700

Dear Sir or Madam:

On or about May 10, 2005, our client took the citizenship test and passed. Since that time he has not been given a date to come in and take the oath to become a citizen. He has gone to INS in Manhattan several times but is told that you are still waiting for additional information regarding his background check. However, it is now OVER 2 years.

Accordingly, we have enclosed a G-731V and would appreciate a reply as soon as possible.

Thank you in advance for your prompt attention to this matter.

Very truly yours,

Hayley Greenberg

HG:mg
cc: Mikhail Goussev

U.S. Department of Justice
Immigration and Naturalization Service

Vermont Service Center
75 Lower Weldon St.
St. Albans, VT 05479

## USE EITHER PAGE 1 (General Inquiry) OR PAGE 2 (Permanent Resident Card Inquiry) OF THIS FORM

Please use this letter to make a written INQUIRY with the Vermont Service Center (VSC)
Include no fees/money when using this form.

Please print your name and mailing address in this box:

MIKHAIL GOUSSEV

99 BATTERY Pl., #1105

NY NY 10280

Date:
Your Phone: 215-668-0156
Your Fax: _____
Your E-mail: _____

Please provide as much of the following information as possible (App/Pet = Applicant or Petitioner):

Form Type __CITIZENSHIP__
Receipt Number__ ESC* 00/109164
Date Filed __10/16/03__
Where filed if other than VSC _____

App/Pet Name __MIKHAIL GOUSSEV__
App/Pet Alien Number A 021 497700
App/Pet Date of Birth __2/4/68__
Beneficiary Name _____
Beneficiary Alien Number A _____
Beneficiary Date of Birth _____

Type of Inquiry: (please check one and describe on separate sheet if needed)

☐ Change of Address (Is new address listed above?    Yes _____ No _____ )

☐ Notice Correction - Attach copy of the notice with the requested corrections noted

☐ Expedite Request - Please explain why expedited processing is needed

☐ Status of I-551 Alien Registration Card (see other side)

☑ Other __CITIZENSHIP__

Service Response:

Date of Response:

Form G-731V (09/22/99)

M

**JUDICIARY COMMITTEE**
SUBCOMMITTEES:
**CHAIRMAN**
CONSTITUTION, CIVIL RIGHTS AND CIVIL LIBERTIES
CRIME, TERRORISM AND HOMELAND SECURITY

**TRANSPORTATION AND
INFRASTRUCTURE COMMITTEE**
SUBCOMMITTEES:
HIGHWAYS AND TRANSIT
RAILROADS, PIPELINES AND HAZARDOUS MATERIALS

ASSISTANT WHIP



**JERROLD NADLER**
8TH DISTRICT, NEW YORK

REPLY TO:

☐ WASHINGTON OFFICE:
2334 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5635

☐ DISTRICT OFFICE:
201 VARICK STREET
SUITE 669
NEW YORK, NY 10014
(212) 367-7350

☐ DISTRICT OFFICE:
445 NEPTUNE AVENUE
BROOKLYN, NY 11224
(718) 373-3198

Web: http://www.house.gov/nadler

# Congress of the United States
## House of Representatives
### Washington, DC 20515

July 31, 2007

Ms. Linnea Stuart
Congressional Liaison
Bureau of Citizenship and Immigration Services
26 Federal Plaza, Room 536
New York, NY 10278

                    Ref: A 71 497 700

Dear Ms. Stuart:

I am writing in behalf of my constituent Dr. Mikhail Goussev, 99 Battery Place, Apt. 10A, New York, NY 10280, who applied for U.S. citizenship (N-400) in 2003. Dr. Goussev was interviewed in connection with the N-400 on May 10, 2005 but still has not been scheduled for the oath ceremony.

Dr. Goussev is anxious to pursue his application. Clear information concerning the current status of the pending N-400 would be appreciated. Many thanks for your assistance in responding to the sense of urgency that has been conveyed to me by Dr. Goussev.

                    Sincerely,

                    *Jerrold Nadler*

                    JERROLD NADLER
                    Member of Congress

JN:ew

N

JOHN CORNYN
TEXAS

## United States Senate

WASHINGTON, DC 20510–4305

August 8, 2007

Mikhail Goussev, Ph.D.
99 Battery Place, #10-S
New York, New York 10280

Dear Dr. Goussev:

Thank you for contacting me concerning the difficulties you are experiencing. While I would like to be of assistance to you in this matter, it is a long standing tradition of congressional courtesy in the United States Senate that each Senator be given the opportunity to serve his or her own constituents. Accordingly, I am referring your communication to the Honorable Charles Schumer, in whose state you reside.

I appreciate your taking time to write and I am confident that you will be hearing from your Senator soon.

Sincerely,

John Cornyn

JOHN CORNYN
United States Senator

JC:dmj

CC:    The Honorable Charles Schumer
       313 Hart Senate Office Building
       Washington, DC 20510

O

HILLARY RODHAM CLINTON
NEW YORK
SENATOR

RUSSELL SENATE OFFICE BUILDING
SUITE 476
WASHINGTON, DC 20510-3204
202-224-4451

COMMITTEES:
ARMED SERVICES
ENVIRONMENT AND PUBLIC WORKS
HEALTH, EDUCATION, LABOR, AND PENSIONS
SPECIAL COMMITTEE ON AGING

# United States Senate

WASHINGTON, DC 20510-3204

July 20, 2007

Mikhali Goussev
88 Greenwich Street
Apt. 1201
New York, New York 10006

Dear Constituent:

Thank you for sharing your concerns with me. I appreciate your taking the time to bring this matter to my attention.

In an effort to be of assistance, I have brought the information you presented to the attention of the appropriate officials. I have requested a review of this matter and a written response from their office.

As soon as I have something further to report, I will contact you again.

Sincerely yours,

Hillary Rodham Clinton

Hillary Rodham Clinton

HRC/LM

# Congressional Unit

## GIVE THIS YOUR IMMEDIATE ATTENTION !



```
File No: 71497700
Date   : 9/21/2007
Ctrl   : 07-9644
```

In Re: **GOUSSEV, MIKHAIL**

Information requested by : **BLOOMBERG, MICHAEL R.**
**100 GOLD ST, 2ND FL  NEW YORK, NY  10007**

[ ] Attorney     [ ] Congressional     [ ] Consulate     [ ] Other

Inquiry:   [ ] Telephone     [ ] By Letter     [ ] Appeared in person

To:  **CON**

Information requested:     FOR REVIEW AND RESPONSE. DUE BY  **10/21/2007**

STATUS OF N-400.

Information furnished:

PLEASE ADVISE YOUR CONSTITUENT ALL APPLICANTS SEEKING US IMMIGRATION BENEFITS ARE
SUBJECT TO CRIMINAL AND NATIONAL SECURITY CHECKS. THESE INVESTIGATIONS REQUIRE
TIME, RESOURCES AND PATIENCE. THE USCIS RECOGNIZES THAT THE PROCESS IS SLOWER FOR
SOME CUSTOMERS. THE USCIS IS WORKING CLOSELY WITH THE FBI AND OTHER AGENCIES TO
SPEED THE BACKGROUND PROCESS. HOWEVER, THE SERVICE CANNOT MAKE A FINAL DECISION
WITHOUT CLEARANCE OF THE REQUIRED SECURITY CHECKS.

(Signature of Officer / Employee)

Approved by: _____
(Signature of Supervisor)

Location: _____

P

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

September 11, 2007

Dr. Mikhail Goussev
99 Battery Place, Apt 10-S
New York, New York 10280

Dear Dr. Goussev:

Many thanks for getting in touch with me about your U.S. Citizenship
Application.

I appreciate the confidence you have shown in coming to me for assistance.
Following a longstanding Congressional tradition, I have forwarded your
correspondence on to Senator Hilary Rodham Clinton, who represents your home
state here in the United States Senate. I am sure the matter you outlined will
receive the most considerate attention.

If you have any questions or further comments about this matter, you can
contact Senator Hilary Rodham Clinton directly at:

The Honorable Hilary Rodham Clinton
476 Russell Senate Office Building
United States Senate
Washington DC 20510

Sincerely,

Dianne Feinstein
United States Senator

DF:jh

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA  94104

Q



THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK, N.Y. 10007

GUILLERMO LINARES
COMMISSIONER
OFFICE OF IMMIGRANT AFFAIRS

September 25, 2007

Dr. Mikhail Goussev
99 Battery Place #10-S
New York, NY 10280

Dear Dr. Goussev:

On your behalf, we sent a letter to the U.S. Citizenship and Immigration Services asking for information about your application. We received a reply from USCIS that we are forwarding to you. Read the attached information carefully. If the attached information includes instructions from USCIS, please follow those instructions exactly.

Please contact us if you need us to help you any further.

Sincerely,

Victor Kuznetsoff
Director of Constituent Services

Enclosure

R



**Department of Homeland Security**
**Citizenship and Immigration Services**

A71 497 700

*26 Federal Plaza*
*New York, NY 10278*

**January 4, 2008**

Mikhail Goussev
99 Battery Place  #10-S
New York, NY 10280

Dear Applicant:

This will acknowledge receipt of your inquiry dated January 4, 2008 regarding the status of your application for naturalization.

Please be advised that your application is pending receipt of security checks.  Upon receipt of all security checks, a decision will be made on your application for naturalization.

We hope the information provided is helpful.  Thank you for your patience and cooperation in this matter.

Sincerely,

George Evertz
Immigration Information Officer
Citizenship and Immigration Services
Naturalization Section
New York District