UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MIKHAIL GOUSSEV,

                Plaintiff,  :  **ECF CASE**

   v.

                                  08 Civ. 00902 (BSJ)

MICHAEL CHERTOFF, et al.,

                Defendants.  :  NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          February 6, 2008

                                                          Respectfully submitted,

                                                          MICHAEL J. GARCIA
                                                          United States Attorney for the
                                                           Southern District of New York

                                       By:   /s/_____
                                                           DAVID BOBER
                                                          Assistant United States Attorney
                                                           86 Chambers Street, 3rd Floor
                                                          New York, New York 10007
                                                          Telephone: (212) 637-2718
                                                          Facsimile: (212) 637-2786
                                                          Email: david.bober@usdoj.gov

To:    Gary Yerman, Esq.
         401 Broadway, Suite 1210
         New York, NY 10013