## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the State of New York, served a copy of the <u>Complaint for Writ of Mandamus</u> by personal service to the following addresses:

>Andrea Quarantillo
>New York District Director, USCIS
>c/o Office of the Principal Legal Advisor
>U.S. Citizenship and Immigration Services
>United States Department of Homeland Security
>425 I Street, NW; Room 6100
>Washington, D.C. 20536

>Office of the United States Attorney
>  for the Southern District of New York
>Civil Process Clerk
>86 Chambers Street, Third Floor
>New York, NY 10007

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the State of New York, served a copy of the <u>Complaint for Writ of Mandamus</u> by certified mail return receipt requested to the following addresses:

>Emilio T. Gonzalez
>Director, USCIS
>c/o Office of the Principal Legal Advisor
>U.S. Citizenship and Immigration Services
>United States Department of Homeland Security
>425 I Street, NW; Room 6100
>Washington, D.C. 20536

>Michael Chertoff
>Secretary of the Department of Homeland Security
>Office of the General Counsel
>United States Department of Homeland Security
>Washington, D.C. 20528

>Michael B. Mukasey
>United States Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, D.C. 20530-0001

Executed on 2/15/08 in the city of New York, State of New York

Michael L. Walker, Esq.