MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

**ORIGINAL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MIKHAIL GOUSSEV,                                :

                   Plaintiff,      :   STIPULATION AND
                                ORDER OF DISMISSAL

          - v. -                          :
                                  08 Civ. 0902 (BSJ)

MICHAEL CHERTOFF, et al.,             :

                  Defendants.     :
-----------------------------------------------------------x

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       March 17, 2008

YERMAN & ASSOCIATES, LLC
Attorneys for Plaintiff

By: _____
MICHAEL WALKER
401 Broadway
New York, NY 10013
Tel. No.: (212) 219-2374

Dated: New York, New York
      March 6, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED:

_____
HON. BARBARA S. JONES
United States District Judge