


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NEW YORK

MIKHAIL GOUSSEV )
    Plaintiff, )
 )
v. )
 )
MICHAEL CHERTOFF, )
    Secretary of Homeland Security, )
 )
ANDREA QUARANTILLO, )
    District Director, USCIS )
        Defendants. )

Docket No. 08 CV 0902 (BSJ)

Agency Case No: 71-497-700

**STIPULATION AND ORDER OF DISCONTINUANCE**

    IT IS STIPULATED AND AGREED, by and between undersigned counsel for the parties that:

    1. The above-captioned complaint is hereby withdrawn without costs or attorney's fees and with prejudice.

    2. The Defendants do not, by entering into this Stipulation, make any representation or admission concerning the merits of the instant petition.

Dated: New York, New York
       March 13, 2008

GARY J. YERMAN, ESQ.
Yerman & Associates, LLC
401 Broadway, Suite 1210
New York, NY 10013
(212) 219-0288
Counsel for the Plaintiff

1

Dated: New York, New York
      March 13, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Counsel for the Defendants

By: _____
DAVID V. BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-~~2699~~
     2718

SO ORDERED.

_____ U.S.D.J.
3/18/08

2